USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/17/2025

S.D. OF N.Y.W.P.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Michael A. Thomas, Plaintiff, v. COUNTY OF WESTCHESTER CHILD SUPPORT ENFORCEMENT; ILIANA RODRIGUEZ; EILEEN STACK, WESTCHESTER COUNTY DEPARTMENT OF SOCIAL SERVICES Defendants.

Civil Action No. 1:25-cv-02438

MEMO ENDORSED

(see p. 2)

EMERGENCY MOTION AND REQUEST FOR TEMPORARY RESTRAINING ORDER TO STAY ENFORCEMENT OF INCOME WITHHOLDING ORDERS

I. INTRODUCTION Plaintiff MICHAEL A. THOMAS, appearing pro se, respectfully moves for an Emergency Temporary Restraining Order ("TRO") and preliminary injunction staying all enforcement of two Income Withholding Orders ("IWOs") issued by Westchester County Child Support Enforcement, one of which is presently being executed by the Social Security Administration ("SSA") against Plaintiff's Social Security Disability Insurance ("SSDI") benefits.

II. BACKGROUND 1. Plaintiff is a permanently disabled individual whose sole income consists of SSDI benefits. 2. On or about February 2025, Defendants issued at least two IWOs directed to the SSA, ordering monthly deductions of approximately $630.50 for order number CB93829A1 and most recently approximately $700 for order number BR79174A1 from Plaintiff's SSDI benefits. 3. These IWOs were entered and enforced without hearing, or an opportunity to contest, depriving Plaintiff of procedural due process guaranteed by the Fourteenth Amendment. 4. As a result, SSA—acting on Defendants' instructions—has begun garnishing Plaintiff's federal disability benefits since February 2025, causing severe and immediate hardship by depriving him of funds necessary for rent, utilities, and medical care.

III. LEGAL GROUNDS 1. The enforcement of these IWOs violates 42 U.S.C. § 1983, the Fifth and Fourteenth Amendments, and the Social Security Act, 42 U.S.C. § 407(a), which protects Social Security benefits from attachment or garnishment except as expressly authorized by 42 U.S.C. § 659. 2. Defendants acted outside lawful authority by issuing and enforcing IWOs without a valid judicial determination, notice, or opportunity for Plaintiff to be heard. 3. Immediate injunctive relief is warranted under Fed. R. Civ. P. 65(b) because Plaintiff faces irreparable harm—continued unlawful seizure of limited federal disability income—before Defendants can be heard.

IV. RELIEF REQUESTED Plaintiff respectfully asks this Court to: 1. Issue a Temporary Restraining Order prohibiting Defendants, their agents, and the SSA from enforcing or acting upon either IWO until further order of the Court; 2. Set a hearing for a Preliminary Injunction to maintain the stay while this case proceeds; 3. Require Defendants to produce certified copies of all orders or authorizations relied upon to issue the IWOs; 4. Grant such other and further relief as the Court deems just and proper.

V. CERTIFICATION OF NOTICE Plaintiff certifies that he has provided or will promptly provide notice of this motion to Defendants via the addresses and emails listed in the docket, as required by Fed. R. Civ. P. 65(b)(1)(B).

Dated: October 15, 2025

Respectfully submitted,

MICHAEL A. THOMAS, Pro Se 155 Ferris Ave White Plains, NY 10603 Phone: (914) 837-6175 Email: michaelajt81@gmail.com

CERTIFICATE OF SERVICE

I, Michael A. Thomas, certify under penalty of perjury that on October 15, 2025, I served a true and correct copy of this (TRO) upon:

Letitia James

Attorney General

State of New York

Nora L. Machuga

Assistant Attorney General

28 Liberty Street

New York, NY 10005

John M. Nonna

Westchester County Attorney

Attorney for County Defendants

Michaelian Office Building

148 Martine Avenue, Room 600

**Defendants are directed to file an opposition by November 3, 2025 to pro se Plaintiff's emergency motion and request for a temporary restraining order to stay the enforcement of income withholding orders. Pro se Plaintiff shall then file his reply to the opposition by November 12, 2025. The Court will schedule a hearing if necessary. Clerk of Court is kindly directed to mail a copy of this endorsement to pro se Plaintiff at the listed address on the docket and to show service on the docket and to terminate the motion at ECF No. 39.**

**Dated: October 17, 2025**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

White Plains, NY 10601

By depositing said documents in the U.S. Mail, first-class postage prepaid.

Michael A. Thomas

Social Security Administration
**Retirement, Survivors, and Disability Insurance**
Important Information

Exhibit B

*0101R7J6Z000461* 0001099 0000000000

Office of Central Operations
6401 Security Boulevard
Baltimore, Maryland 21235-6401
Date: October 10, 2025
BNC#: 25LH896C34173-A



0001099 0004687 1 MB 0.672 1003M7M787PN T16 P5
MICHAEL A J THOMAS
155 FERRIS AVE
APT 4A
WHITE PLAINS NY 10603-3448

We are writing to you about court order number CB93829A1 concerning your responsibility for child support, alimony or court ordered victim restitution.

**What We Plan To Do**

We have been ordered to take $630.50 from each monthly payment you are due to pay your obligation for child support, alimony or court ordered victim restitution. We withheld $630.50 from the payment you will receive around November 3, 2025. After that we will withhold $630.50 each month. You will receive another letter showing the payment amount you will receive.

**If You Disagree With The Decision**

If you disagree with the decision of the court that issued the garnishment order, you will need to contact them directly or have a lawyer do it for you.

*Social Security Administration*



C

*0101BEV7YBLKG88* CCM.M72.BEV7Y.R251013

Social Security Administration
**Benefit Verification Letter**

Date: October 13, 2025
BNC#: 25UX197D44184
REF: A

MICHAEL ANTHONY J THOMAS
155 FERRIS AVE
APT 4A
WHITE PLAINS NY 10603-3448

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning January 2025, the full monthly Social Security benefit before any deductions is $1,259.80.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,259.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on October 21, 2019.

**Information About Past Social Security Benefits**

From December 2024 to December 2024, the full monthly Social Security benefit before any deductions was $1,243.10.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,243.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

See Next Page

## Medicare Information

You are entitled to hospital insurance under Medicare beginning April 2022.

You are entitled to medical insurance under Medicare beginning September 2024.

Your Medicare number is 7C80QD0WC90. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

## Date of Birth Information

The date of birth shown on our records is March 14, 1981.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

## Need more help?

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-331-8134**.

SOCIAL SECURITY
SUITE 4A
297 KNOLLWOOD RD
WHITE PLAINS NY 10607

*Social Security Administration*