USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___11/25/2025___

MOTION TO DISMISS VIOLATION PETITION

Re: Docket No. F-10064-07/25P / File No. 109675

CSMS Case Nos. BP25174S1 (Merged with BR7917A1)

Respondent:

Michael A. Thomas

155 Ferris Ave, Apt 4A

White Plains, NY 10603

914-837-6175

**The Court is in receipt of pro se Plaintiff's motion to dismiss a violation petition, addressed to the Family Court of Westchester County and dated November 18, 2025. The Court informs pro se Plaintiff that this letter was incorrectly filed at the U.S. District Court for the Southern District of New York and not the Family Court of Westchester County. Pro se Plaintiff can re-file this motion in the intended court. The Court also warns pro se Plaintiff against making multiple successive filings in short order without giving Defendants adequate time to respond. The Clerk of Court is kindly directed to terminate the motion at ECF No. 64 and to mail a copy of this endorsement to pro se Plaintiff at the listed address on the docket and to show service on the docket.** SO ORDERED:
**Dated: November 25, 2025**
**White Plains, New York**

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

TO: THE FAMILY COURT OF WESTCHESTER COUNTY – PART 7

INTRODUCTION

Respondent respectfully moves this Court to dismiss the alleged violation petition scheduled for

December 9, 2025, on the grounds that the State has failed to demonstrate the existence of any verified,

lawful, certified New York support order necessary to sustain a violation proceeding.

This motion is made pursuant to the Family Court Act, New York constitutional due process protections,

and Respondent's rights under applicable IV-D procedures.

1. NO VERIFIED OR CERTIFIED SUPPORT ORDER EXISTS

The IV-D unit has not produced:

• A certified copy of any support order

• Proof of service of the alleged order

• A judicially signed-and-filed order

• A docketed order authorizing enforcement

• Any modification or amendment order

• Any judicial authorization for consolidating case BR7917A1 into BP25174S1

MEMO ENDORSED

Without a certified underlying order, a violation petition cannot proceed as a matter of law.

2. IMPROPER ADMINISTRATIVE MERGE OF CSMS CASE NUMBERS

CSMS # BP25174S1 is an internal administrative file containing merged data from BR7917A1.

This merger was:

• Not ordered by a judge

• Not noticed to Respondent

• Not accompanied by a recalculation hearing

• Not verified for accuracy

• Not established through a judicial support order

New York IV-D staff cannot create or modify orders through CSMS administrative merging. Enforcement

cannot rely on computer entries when no lawful support order exists.

3. LACK OF DUE PROCESS

Respondent was never:

• Served with an original signed support order

• Provided with a verified calculation of arrears

• Given notice of the case merge

• Provided with required IV-D disclosures

Proceeding without a lawful order violates:

• NY Constitution (due process clause)

• U.S. Constitution (14th Amendment)

• Family Court Act Articles 4 and 5

• Required IV-D verification procedures

4. FEDERAL ACTION PENDING (SDNY CASE 1:25-cv-02438)

Respondent provides notice that a related federal action is pending, challenging:

• The existence and validity of alleged support orders

• The improper enforcement of administrative case files

• Due process violations involving merged CSMS accounts

Respondent is not asking this Court to rule on federal issues, but the ongoing federal review underscores

the necessity of verification before any violation hearing proceeds.

5. RELIEF REQUESTED

Respondent respectfully requests that this Court:

(1) DISMISS the violation petition for lack of a verified support order;

OR, in the alternative:

(2) STAY the violation proceeding pending production of:

• A certified support order

• Proof of service

• Certified accounting

• Judicial authorization for CSMS merges

(3) Order the IV-D agency to produce all documents listed above.

(4) Grant any further relief deemed just and proper.

Dated: November 18, 2025

Respectfully Submitted,

/s/ Michael A. Thomas

Respondent