USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **12/8/2025**

# PLAINTIFF'S FULL FILING PACKET

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Michael Anthony Thomas, Plaintiff,

v.

Child Support Enforcement Services et al., Defendants.

Case No. 7:25-cv-02438 (NSR)

FULL FILING PACKET:

- Notice of Motion

- Motion to Compel

- Supporting Memorandum of Law

- Plaintiff's Affidavit

- Certificate of Service

**Pro se Plaintiff's motion to compel discovery (ECF No. 68 and attached) is denied as premature. This action has not yet progressed to discovery and is in the middle of motion practice. Additionally, as a litigant in Family Court, Plaintiff can retrieve these documents from Family Court. The Clerk of Court is kindly directed to terminate the motion at ECF No. 68 and to mail a copy of this endorsement to pro se Plaintiff at the listed address on the docket and to show service on the docket.**

**Dated: December 8, 2025**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

# NOTICE OF MOTION

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 26 and 37, Plaintiff moves this Court for an Order compelling Defendants to produce certified, judicially signed copies of any lawful child support orders, paternity adjudications, and authorizations permitting garnishment of Plaintiff's SSDI benefits.

The motion is based on the accompanying Motion to Compel, Memorandum of Law, Plaintiff's Affidavit, exhibits, and all prior filings.

# MOTION TO COMPEL

Plaintiff Michael A. Thomas, appearing pro se, respectfully moves this Court to compel Defendants to produce the following documents, which they have repeatedly failed to provide:

1. Certified copies of any active, lawful child support order bearing a judicial signature.

2. Certified proof of paternity adjudication as required by federal law.

3. Certified authorization permitting garnishment of Plaintiff's SSDI benefits.

4. Any verified documentation contradicting Westchester County's official letter stating

that case BR79174A1 is closed and that no enforceable support order exists.

Defendants' refusal to produce foundational documents violates Rule 26 disclosure requirements, obstructs discovery, and prejudices Plaintiff's ability to litigate. The lack of certified judicial proof raises substantial due process concerns and directly impacts Plaintiff's pending application for injunctive relief.

WHEREFORE, Plaintiff requests that the Court:

(a) Order Defendants to produce the above documents within 10 days; or

(b) Deem the absence of such documents as evidence that no lawful order exists;

(c) Grant any further relief the Court deems just.

# MEMORANDUM OF LAW

Under Fed. R. Civ. P. 26(a), parties must provide all documents relevant to claims and defenses.

Under Fed. R. Civ. P. 37(a), the Court may compel production when a party fails to disclose required information.

Defendants' opposition filings rely on administrative paperwork that:

(1) lacks judicial signatures,

(2) is not certified,

(3) contradicts the County's own records,

(4) fails to satisfy federal garnishment requirements under 42 U.S.C. § 659 and 45 C.F.R.

§ 303.100.

Without verified judicial orders, Defendants cannot lawfully garnish federal SSDI benefits.

Their refusal to provide required documentation prevents meaningful litigation and violates due process principles.

# PLAINTIFF'S AFFIDAVIT

I, Michael Anthony Thomas, hereby affirm under penalty of perjury:

1. I have repeatedly requested certified judicial copies of any lawful child support orders.

2. Defendants have not produced any such documents.

3. The only verified communication I received from the County confirms that case BR79174A1 is closed.

4. Defendants' failure to produce certified documentation prevents me from defending against unlawful seizure of my SSDI benefits.

I affirm the truth of the above statements on this 5th day of December, 2025.

_____

Michael Anthony Thomas

# CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, a true and correct copy of the foregoing Filing Packet was served upon Defendants via email and U.S. Mail to the addresses listed in the case docket.

_____

Michael Anthony Thomas