**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

MICHAEL ANTHONY THOMAS,

Plaintiff,

-against-

25 **CIVIL** 2438 (NSR)

# JUDGMENT

CHILD SUPPORT ENFORCEMENT SERVICES dba TITLE IV-D with Its Registered Office, EILEEN M. STACK, ILIANA RODRIGUEZ, PATSY M. ARAVENA, WESTCHESTER COUNTY DEPARTMENT OF SOCIAL SERVICES,

Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 5, 2026, the State Defendant's and County Defendant's motions to dismiss are GRANTED. Because amendment cannot cure this Court's lack of subject matter jurisdiction over Plaintiff's claims pursuant to the Rooker-Feldman doctrine and the domestic relations abstention doctrine, amendment to Plaintiff's Complaint would be futile. Accordingly, Plaintiff's Complaint is dismissed in its entirety without prejudice for Plaintiff to renew in the appropriate state court forum.

**Dated:** New York, New York

August 12, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**